## (December 23, 1948.)

In the Matter of the Construction of the Will of JACOB MAYERS, Deceased. MARTHA MAYERS et al., Appellants; EMPIRE TRUST COMPANY et al., as Executors and Trustees under the Will of JACOB MAYERS, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions certified. Present — Peck, P. J., Glennon, Cohn and Van Voorhis, JJ. [See *ante,* p. 918.]

## SECOND DEPARTMENT, DECEMBER, 1948.

## (December 6, 1948.)

ROCCO DE CARLO, Respondent, v. JAMES SPINELLI, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

DENNIS A. DUFFY, as Administrator of the Estate of DENNIS DUFFY, JR., Deceased, Appellant, v. E. I. DuPONT DE NEMOURS & COMPANY et al., Defendants, and M. A. HENRY Co., INC., Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 908.]

INCORPORATED VILLAGE OF ISLAND PARK, Appellant, v. ISLAND PARK-LONG BEACH, INCORPORATED, Bankrupt, et al., Defendants, JOHN B. PANSMITH, Intervener, and FRED DURR, Intervener-Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 930.]

In the Matter of BERNARD BEER et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 931.]

In the Matter of the Application of MATTEO LAGANA, Petitioner, against STATE LIQUOR AUTHORITY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 939.]

JOSEPH MEANEY, an Infant, by JOHN M. MEANEY, His Guardian ad Litem, et al., Respondents, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 908.]

NEW ERA HOMES CORPORATION, Respondent, v. ENGELBERT FORSTER et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 901.]